KATHRYN P. COONEY (SBN# 73322)
Attorney at Law
440 Civic Center Drive
Vista, CA. 92084
Telephone: (760) 941-2738
Facsimile: (760) 941-2703
E-mail: kathryn@cooneylawoffice.com

Michael R. Marrinan (SBN# 90484)
Attorney at Law
LAW OFFICES OF MICHAEL R. MARRINAN
225 Broadway, Suite 1460
San Diego, CA. 92101
Telephone: (619) 238-6900
Facsimile: (619) 238-1097
E-mail: mrmarrinan@aol.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF JOSEPH A. SCATA, JR., deceased, by his parents and successors in interest, Della Scata and Joseph A. Scata, Sr., DELLA SCATA, individually, and JOSEPH A. SCATA, SR., individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN DIEGO, and DOES 1 - 50,<br><br>Defendants. | Case No. 16cv0008-JM (AGS)<br><br>**JOINT MOTION TO DISMISS**<br><br>Judge: Hon. Jeffrey T. Miller |

The parties through their respective attorneys hereby stipulate and move the Court to dismiss this action as to all parties and causes of action, with prejudice, all parties to bear their own costs and attorneys fees.

/ / /

/ / /

/ / /

Dated: June 2, 2017

***/s/ Michael R. Marrinan***
Attorney for Plaintiffs
E-mail: mrmarrinan@aol.com

Dated: June 2, 2017 THOMAS E. MONTGOMERY, County Counsel

By ***/s/ Ricky R. Sanchez***
Senior Deputy
Attorneys for Defendant
COUNTY OF SAN DIEGO
E-mail: ricky.sanchez@sdcounty.ca.gov

I, Michael R. Marrinan, hereby certify that the content of this joint motion is acceptable to all persons required to sign this document. Senior Deputy County Counsel Ricky R. Sanchez, attorney for all defendants, has authorized me to affix his CM/ECF electronic signature to this joint motion.

Dated: June 2, 2017

***/s/ Michael R. Marrinan***
Attorney for Plaintiffs