UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JOSEPH A. SCATA, JR., deceased, by his parents and successors in interest, Della Scata and Joseph A. Scata, Sr., DELLA SCATA, individually, and JOSEPH A. SCATA, SR., individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, and DOES 1 - 50,<br><br>Defendants. | Case No. 16cv0008 JM(AGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Upon reviewing the parties' Joint Motion to Dismiss (Doc. No.31), said motion is hereby granted. Accordingly, IT IS HEREBY ORDERED that this entire action is dismissed with prejudice, all parties to bear their own costs and attorneys fees.

**IT IS SO ORDERED.**

DATED: June 6, 2017

Hon. Jeffrey T. Miller
United States District Judge